### 47408. WALDEN v. THE STATE.

BELL, Chief Judge. Defendant's enumerations of error either are not supported by the record or require a consideration of the evidence. No transcript of evidence was included in the record transmitted to this court. Accordingly, the judgment of the trial court must be

*Affirmed. Evans and Stolz, JJ., concur.*
DECIDED OCTOBER 6, 1972.